**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| DAVID L. HICKS, ET AL. | CIVIL ACTION NO. 13-3000 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| STATE OF LOUISIANA, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that:

(1) All claims against the State of Louisiana are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction due to the Eleventh Amendment;

(2) All claims against the Shreveport Police Department are **DISMISSED WITH PREJUDICE** on the grounds it is not a legal entity capable of being sued; and

(3) Ms. Scaglione's claim against Synergy of Shreveport Division is **DISMISSED WITHOUT PREJUDICE**. Mr. Hicks does not set forth a claim against Synergy, and Ms. Scaglione has no other claim, so both Ms. Scaglione and Synergy are terminated as parties in this case.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 5th day of March, 2014.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE